KRAUS, Respondent, vs. KOCH and others, Executors, imp., Appellants.

For the appellants: *Nohl, Nohl, Petrie & Blume* of Milwaukee.

For the respondent: *Theodore Kronshage, Jr.* and *Otto Dorner,* attorneys, and *Benjamin Poss* and *Joseph P. Brazy* of counsel, all of Milwaukee.

*By the Court.*—Order affirmed.

WILL OF QUIN: QUIN, Petitioner, Appellant, vs. QUIN, as Executor, and others, Respondents.

For the appellant: *Bloodgood, Stebbins & Bloodgood,* attorneys, and *Albert K. Stebbins* of counsel, all of Milwaukee.

For the respondents: *Joseph P. Callan* of Milwaukee.

*By the Court.*—Order affirmed.

SCHROEDER (ANNIE), Appellant, vs. CHICAGO, MILWAUKEE, ST. PAUL & PACIFIC RAILWAY COMPANY, Respondent.

For the appellant: *Martin & Martin* of Green Bay.

For the respondent: *Bender, Trump, McIntyre & Freeman,* attorneys, and *Kneeland A. Godfrey* of counsel, all of Milwaukee.

*By the Court.*—Judgment affirmed.